In the Matter of the Accounting of WILLIAM S. HOLMES, as Executor of MARY E. HOLMES, Deceased, Appellant.
JOHN D. GUTCHES et al., Respondents.

*Matter of Holmes,* 79 App. Div. 264, affirmed.
(Argued November 9, 1903; decided November 24, 1903.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered January 29, 1903, which affirmed a decree of the Chenango County Surrogate's Court settling the accounts of William S. Holmes, as executor of Mary E. Holmes, deceased.

*Edmund B. Jenks* for appellant.

*Nelson P. Bonney* and *E. E. Mellon* for respondents.

Order affirmed, with costs; no opinion.
Concur: O'BRIEN, BARTLETT, HAIGHT, VANN, CULLEN and WERNER, JJ. Absent: PARKER, Ch. J.